UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:  
JOHNSON, RICHARD ANTHONY,  
Debtors.  
_____/

Case No.: 03-02038-3F7

## REPORT OF UNCLAIMED FUNDS

The Trustee, Gregory L. Atwater, reports that more than ninety days have passed and the following checks have not been presented for payment:

| CREDITOR NAME & ADDRESS | CLAIM NUMBER | CHECK NUMBER | CHECK AMOUNT |
|---|---|---|---|
| AM DIR CR<br>1109 W. Myrtle Street<br>Boise, ID 83703 | 16 | 120 | $ 1,682.00 |
| Ameripath Florida<br>P.O. Box 63068<br>Charleston, SC 29419-3068 | 17 | 121 | $ 19.69 |
| Household Bank<br>P.O. Box 5222<br>Carol Stream, IL 60197-5222 | 21 | 125 | $ 706.00 |
| Memorial Health Center<br>P.O. Box 730729<br>Ormond Beach, FL 32173 | 22 | 126 | $ 44.65 |
| Memorial Health Center<br>P.O. Box 730729<br>Ormond Beach, FL 32173 | 23 | 127 | $ 306.20 |
| PBC<br>P.O. Box 9007<br>Pleasanton, CA | 26 | 130 | $1,455.00 |
| Service Finance<br>707 Cherry Street<br>Chattanooga, TN 30742 | 27 | 131 | $1,828.00 |
| Wells Fargo Financial<br>59 Skyline Dr, 1700<br>Lake Mary, FL 32746 | 30 | 134 | $4,034.22 |

| Creditor | Claim # | Check # | Amount |
|---|---|---|---|
| AM DIR CR<br>1109 W. Myrtle Street<br>Boise, ID 83703 | 16I | 138 | $ 39.85 |
| Ameripath Florida<br>P.O. Box 63068<br>Charleston, SC 29419-3068 | 17I | 139 | $ .47 |
| Capital One<br>P.O. Box 85015<br>Richmond, VA 23285 | 18I | 140 | $ 18.43 |
| Household Bank<br>P.O. Box 5222<br>Carol Stream, IL 60197-5222 | 21I | 143 | $ 16.73 |
| Memorial Health Center<br>P.O. Box 730729<br>Ormond Beach, FL 32173 | 22I | 144 | $ 1.06 |
| Memorial Health Center<br>P.O. Box 730729<br>Ormond Beach, FL 32173 | 23I | 145 | $ 7.25 |
| PBC<br>P.O. Box 9007<br>Pleasanton, CA | 26I | 148 | $ 34.47 |
| Service Finance<br>707 Cherry Street<br>Chattanooga, TN 30742 | 27I | 149 | $ 43.31 |
| Wells Fargo Financial<br>59 Skyline Dr, 1700<br>Lake Mary, FL 32746 | 30I | 134 | $ 95.58 |

Pursuant to 11 U.S.C. §347(a), the Trustee has stopped payment on the check(s) and attaches an estate trust account check payable to the Clerk of the Bankruptcy Court as unclaimed property.

Date: March 18, 2010

Gregory L. Atwater
Florida Bar No.: 879134
Post Office Box 1865
Orange Park, FL 32067
(904) 264-2273
Trustee for the Estate

A copy of this Report and the original check have been mailed to the attention of Financial Manager, United States Bankruptcy Court, Sam M. Gibbons, United States Courthouse, 801 North Florida Avenue, Suite 727, Tampa, FL 33602.

Additionally, a copy of this report has been mailed to each creditor listed above and Office of the United States Trustee, Suite 620, 135 W. Central Boulevard, Orlando, FL 32801 on this _16th_ March, 2010.

Richard A. Johnson
Robert H. Zipperer, Esquire
Gregory L. Atwater, Trustee
Office of the U.S. Trustee

_____
Gregory L. Atwater